| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | Chapter  9 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **San Benito Health Care District dba Hazel Hawkins Memorial Hospital** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Hazel Hawkins Memorial Hospital** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-6034863** | |
| 4. | Debtor's address | **Principal place of business**  **911 Sunset Drive, Hollister**  **Hollister, CA 95023**  Number, Street, City, State & ZIP Code  **San Benito**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.hazelhawkins.com** | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ■ Other. Specify: **Health Care District** | |

| Debtor | San Benito Health Care District dba Hazel Hawkins Memorial Hospital | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**  A. *Check one:*

   - ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*

   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __6221__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☒ Chapter 9
   - ☐ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

| Debtor | San Benito Health Care District dba Hazel Hawkins Memorial Hospital | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

Debtor **San Benito Health Care District dba Hazel Hawkins Memorial Hospital** Case number (*if known*)
Name

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ■ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | San Benito Health Care District dba Hazel Hawkins Memorial Hospital | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2023**
MM / DD / YYYY

X */s/ Mary Casillas*
Signature of authorized representative of debtor

**Mary Casillas**
Printed name

Title **Interim Chief Executive Officer**

---

**18. Signature of attorney**

X */s/ Michael Sweet*
Signature of attorney for debtor

Date **May 23, 2023**
MM / DD / YYYY

**Michael A. Sweet**
Printed name

**Fox Rothschild LLP**
Firm name

**345 California Street, Suite 200**
**San Francisco, CA 94104-2734**
Number, Street, City, State & ZIP Code

Contact phone **(415) 364-5540**   Email address **msweet@foxrothschild.com**

**184345 CA**
Bar number and State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 5
Case: 23-50544   Doc# 1   Filed: 05/23/23   Entered: 05/23/23 19:30:51   Page 5 of 14

| Debtor name | San Benito Health Care District dba Hazel Hawkins Memorial Hospital |
|---|---|
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | |
| Case No. (If known) | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Principal Custody Solutions<br>Attn: Gus Bilotti<br>2355 E Camelback Rd<br>Phoenix, AZ 85016 | Principal Custody Solutions<br>Tel: 515-878-0373<br>Email: bilotti.gus@principal.com | Pension | Contingent & Unliquidated | | | $14,706,676.00 |
| 2 | Noridian Healthcare Solutions<br>Attn: Tina Deitemeyer<br>P.O. Box 6782<br>Fargo, ND 58108-6782 | Noridian Healthcare Solutions<br>Tel: 855-609-9960<br>Email: tina.deitemeyer@noridian.com | Governmental | | | | $2,934,993.52 |
| 3 | Benefit & Risk Mngmnt Services<br>80 Iron Point Cir, Ste 200<br>Folsom, CA 95630 | Benefit & Risk Mngmnt Services<br>Tel: 916-467-1281<br>Fax: 916-467-1281 | Health Insurance | Contingent & Unliquidated | | | $1,633,142.88 |
| 4 | Dept of The Treasury, Internal Revenue Service<br>P.O. Box 9941<br>Stop 5500<br>Ogden, UT 84409 | Dept of The Treasury, Internal Revenue Service | Tax | Contingent & Disputed | | | $1,143,961.00 |
| 5 | California Dept of Healthcare Services<br>Attn: Laura Rozanski<br>Overpayments Unit, Ms 4720<br>P.O. Box 997421<br>Sacramento, CA 95899-9916 | California Dept of Healthcare Services<br>Tel: 279-600-1830<br>Email: laura.rozanski@dhcs.ca.gov | Governmental | | | | $261,577.84 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

**Debtor name** San Benito Health Care District dba Hazel Hawkins Memorial Hospital  **Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Biomerieux, Inc<br>P.O. Box 500308<br>St Louis, MO 63150-0308 | Biomerieux, Inc<br>Tel: 800-682-2666<br>Fax: 800-654-4682 | Vendor | | | | $176,119.07 |
| 7  Pinehurst Hospitalist Medical Group, Inc<br>Attn: COO<br>4535 Dressler Rd NW<br>Canton, OH 44718 | Pinehurst Hospitalist Medical Group, Inc<br>Email: cherrye@usacs.com | Vendor | | | | $143,366.67 |
| 8  Central California Anesthesiology Solutions<br>2276 Ashcroft Ave<br>Clovis, CA 93611 | Central California Anesthesiology Solutions<br>Tel: 559-681-3980 | Vendor | | | | $122,666.67 |
| 9  Howmedica Osteonics Corp<br>dba Stryker Orthopaedics<br>P.O. Box 93213<br>Chicago, IL 60673 | Howmedica Osteonics Corp<br>Fax: 650-345-0481 | Vendor | | | | $97,989.12 |
| 10  Siemens Healthcare Diagnostics<br>P.O. Box 121102<br>Dallas, TX 75312-1102 | Siemens Healthcare Diagnostics<br>Tel: 800-352-8767 | Vendor | | | | $92,104.22 |
| 11  Mckesson Medical-Surgical<br>P.O. Box 51020<br>Los Angeles, CA 90051-5320 | Mckesson Medical-Surgical<br>Tel: 833-343-2700<br>Email: Government.CustomerService@mckesson.com | Vendor | | | | $89,813.50 |
| 12  Quality Comp, Inc<br>c/o Monument, LLC<br>7 Great Valley Pkwy, Ste 290<br>Malvern, PA 19355 | Quality Comp, Inc<br>Tel: 610-647-4466<br>Fax: 610-647-0662 | Vendor | | | | $82,316.00 |

Debtor name  **San Benito Health Care District dba Hazel Hawkins Memorial Hospital**  Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Focus Administrative Services, Inc  Attn: John L Ceglia  101 McCray St, Ste 108  Hollister, CA 95023 | Focus Administrative Services, Inc  Email: jceglia@hazelhawkins.com | Vendor | | | | $73,806.75 |
| 14  Your Medical Group  591 Mcray St, Ste 211  Hollister, CA 95023 | Your Medical Group  Tel: 831-636-3116  Fax: 831-636-1204 | Vendor | | | | $69,524.38 |
| 15  Savista  200 N Point Ctr E, Ste 200  Alpharetta, GA 30022 | Savista  Tel: 678-624-2000 | Vendor | | | | $61,333.33 |
| 16  Pediatrix Medical Group of CA  P.O. Box 281034  Atlanta, GA 30384-1034 | Pediatrix Medical Group of CA  Tel: 800-243-3839  Fax: 954-839-2564  Email: Subsidy_Contracts@Mednax.com | Vendor | | | | $48,555.55 |
| 17  Russell Dedini, Md Inc  5725 Diamond Heights Blvd  San Francisco, CA 94131 | Russell Dedini, Md Inc  Tel: 831-636-7950  Fax: 831-636-7952 | Vendor | | | | $46,553.47 |
| 18  Hologic Inc  24506 Network Pl  Chicago, IL 60673-1245 | Hologic Inc  Tel: 781-999-7358  Fax: 954-827-2408 | Vendor | | | | $46,352.63 |
| 19  Beta Healthcare Group  1443 Danville Blvd  Alamo, CA 94507-1911 | Beta Healthcare Group  Tel: 925-838-6070  Email: sherry.untiedt@betahg.com | Vendor | | | | $43,930.46 |

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Park Place International, LLC dba Cloudwave 8401 Chagrin Rd Chagrin Fall, OH 44023 | Park Place International, LLC Tel: 877-991-1991 Fax: 800-829-5457 | Vendor | | | | $43,628.00 |

**Fill in this information to identify the case:**

Debtor name: **San Benito Health Care District dba Hazel Hawkins Memorial Hospital**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2023**    X  *Mary Casillas* (signature)
Signature of individual signing on behalf of debtor

**Mary Casillas**
Printed name

**Interim Chief Executive Officer**
Position or relationship to debtor

RESOLUTION NO. 2023-27

A RESOLUTION OF THE BOARD OF DIRECTORS OF THE SAN BENITO HEALTH CARE DISTRICT AUTHORIZING THE FILING OF A CHAPTER 9 PETITION AND VESTING AUTHORITY TO FILE IN AN AUTHORIZED REPRESENTATIVE

The Board of Directors of the San Benito Health Care District (the "District"), a local health care district organized under the terms of the Local Health Care District Law (Health and Safety Code of the State of California, Division 23, Sections 32000-32492), pursuant to Section 32104 of the California Health and Safety Code, hereby adopts the following resolution this 22nd day of May, 2023.

WHEREAS, the District operates certain health care facilities in the County of San Benito, California (the "County"), including Hazel Hawkins Memorial Hospital ("Hazel Hawkins"), a full service, 25-bed not-for-profit hospital, which offers a full range of inpatient and outpatient services that include emergency services, stroke care, surgical services, radiology and diagnostic imaging services, laboratory services, palliative care, physical, speech and occupational therapy, respiratory care, and a new modern birthing center;

WHEREAS, the District also operates two skilled nursing facilities, five rural health clinics, two community health clinics, and two satellite lab/draw stations;

WHEREAS, through its facilities, the District is the sole provider of certain health care services in the County, including the emergency and related hospital services provided at Hazel Hawkins;

WHEREAS, the District has responsibly and proactively managed its limited finances in order to operate its facilities, including the continued provision of excellent, high quality patient care without compromise to patient safety, despite a sustained reduction in net revenue;

WHEREAS, despite the efforts over the past several years of the District's management and Board of Directors to take significant steps to reduce expenses, uncontrollable increases in expenses and decreases in revenues have created an operating gap and cash flow deficit that threatens the District's fiscal viability and, if allowed to continue, could threaten patient care and patient safety;

WHEREAS, on November 4, 2022, the District adopted that certain *Resolution of the Board of Directors of the San Benito Health Care District Declaring a Fiscal Emergency and Vesting Authority to file a Chapter 9 Petition to an Authorized Representative* (the "Fiscal Emergency Declaration"), which declared a fiscal emergency under Section 53760.5 of the California Government Code and included findings that the District was unable to pay its obligations within the next 60 days and that the financial state of District entity jeopardized the health, safety, or well-being of the residents of the District's service area absent the protections of chapter 9 ("Chapter 9") of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, following the adoption of the Fiscal Emergency Declaration, the District undertook initiatives to stabilize the District's finances in the short-term that resulted in the District exceeding its budget forecast by approximately $11 million as of February 2023, which initiatives included cost-saving operational enhancements and revenue-enhancing advance payments of receivables;

WHEREAS, as a result of the District's successful short-term initiatives, the District's projected date by which the District will exhaust its cash-on-hand has been extended to approximately November 2024;

WHEREAS, the District is unable to extend its projected cash-on-hand beyond the current November 2024 date in the absence of consent from certain key constituents given the District's historically low access to working capital, the significant percentage of the District's expenses that are subject to labor agreements, other uncontrollable increases in expenses and declines in revenue, and the accrual of other long-term liabilities;

WHEREAS, in light of the District's improved short-term financial circumstances, Sections 53760 through 53760.7 of the California Government Code, and in particular Section 53760.3 thereof, authorizes a local public entity, such as the District, to file a petition and exercise powers pursuant to applicable federal bankruptcy law, if (a) the local public entity participates in neutral evaluation for a period of not less than 60 days, (b) the neutral evaluation process does not resolve all pending disputes with creditors, and (c) thereafter the governing board of the local public entity finds that a bankruptcy filing is necessary;

WHEREAS, on February 4, 2023, the District commenced the neutral evaluation process, to formulate a consensual adjustment of its debts, upon the selection of the neutral evaluator;

WHEREAS, on April 5, 2023, the 60-day period for the completion of neutral evaluation, under Section 53760.3(t) of the California Government Code, expired without a resolution of outstanding issues with all interested parties and neither the District nor any interested party elected to extend the process;

WHEREAS, on May 22, 2023, the District held a noticed public hearing at which the Board of Directors placed on the agenda the fiscal condition of the District and consideration of a resolution authorizing the filing of a Chapter 9 bankruptcy case, to take public comment;

WHEREAS, the District has negotiated in good faith with creditors and other interested parties holding at least a majority in amount of the claims of each class that the District may impair under a plan of adjustment under the Bankruptcy Code and the District has not obtained the agreement of such creditors and parties in interest during the neutral evaluation process and in efforts following the neutral evaluation process;

WHEREAS, the District desires to effect a plan to adjust its debts and finds that it cannot effectuate such a plan of adjustment absent the rights and protections of the Bankruptcy Code;

Case: 23-50544    Doc# 1    Filed: 05/23/23    Entered: 05/23/23 19:30:51    Page 12 of 14
144865771.1

WHEREAS, after considering staff analysis of the District's financial condition, the report of the District's counsel and financial advisor, and public comment received at the hearing held on May 22, 2023, the Board of Directors has determined that it is in the best interests of the District, its patients, creditors, citizens, taxpayers, and employees to file a petition under Chapter 9 of the Bankruptcy Code; and

WHEREAS, in light of the foregoing, the Board of Directors has delegated to the District's interim Chief Executive Officer (the "Authorized Representative") the authority to file a petition under Chapter 9 of the Bankruptcy Code as set forth more fully below.

NOW, THEREFORE, BE IT RESOLVED that the District's fiscal condition renders it necessary to file a voluntary petition for relief under Chapter 9 of the Bankruptcy Code to preserve the District's operations and facilities for the benefit of its community; be it

FURTHER RESOLVED that the Board of Directors finds that the District is insolvent on a cash flow basis in the current fiscal year, and will be insolvent in the following fiscal year as well; be it

FURTHER RESOLVED that the Board of Directors hereby authorizes and directs the Authorized Representative, on behalf of and in the name of the District, to execute and file a Chapter 9 petition with the U.S. Bankruptcy Court for the Northern District of California; be it

FURTHER RESOLVED that the Board of Directors hereby resolves that the Authorized Representative's authority to file a petition under Chapter 9 of the Bankruptcy Code on behalf of the District set forth herein shall terminate at such time as the Board of Directors determines in a subsequent resolution; be it

FURTHER RESOLVED that the Authorized Representative, and all other appropriate officials and employees of the District, are hereby authorized to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that they shall deem necessary and appropriate in connection with such Chapter 9 case, and with a view to the successful prosecution and completion of such case, including without limitation the proposal and confirmation of a plan of adjustment for the debts of the District; be it

FURTHER RESOLVED that the Board of Directors hereby authorizes and directs the Authorized Representative to continue negotiations with the District's creditors regarding the filing of such petition and the financial restructuring of the District under such chapter of the Bankruptcy Code; be it

FURTHER RESOLVED that all actions heretofore taken by the Authorized Representative, in the name of and on behalf of the District, in connection with any of the above matters are hereby in all respects ratified, confirmed, and approved; be it

FURTHER RESOLVED that the Board of Directors directs District management to investigate and recommend any and all further actions necessary to mitigate the impacts of the fiscal emergency; be it

FURTHER RESOLVED that this Resolution shall take effect immediately upon its adoption.

PASSED AND ADOPTED this 22nd day of May, 2023, by the following votes:

**AYES:** 5
**NOES:** 0
**ABSENT:** 0
**ABSTAIN:** 0

_____
Jeri Hernandez
President of the Board of Directors

ATTEST:

_____
Rick Shelton
Treasurer of the Board of Directors