Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 23-50544-SLJ |
| SAN BENITO HEALTH CARE DISTRICT dba HAZEL HAWKINS MEMORIAL HOSPITAL, | Chapter 9 |
| Debtor. | |

## **CERTIFICATE OF SERVICE**

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On May 29, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtor's Omnibus Reply in Support of Motion for Stay Pending Appeal [Docket No. 246]**

- **Supplemental Declaration of Mary Casillas in Support of Debtor's Emergency Motion for Stay Pending Appeal [Docket No. 247]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 5, 2024, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

# Exhibit A
## Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for TPB Investments, Inc | Ballard Spahr LLP | Attn: Michael S Myers<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | myersm@ballardspahr.com | Email |
| 20 Largest | Benefit & Risk Mngmnt Services | 80 Iron Point Cir, Ste 200<br>Folsom, CA 95630 | | First Class Mail |
| 20 Largest | Beta Healthcare Group | 1443 Danville Blvd<br>Alamo, CA 94507-1911 | sherry.untiedt@betahg.com | Email |
| 20 Largest | Biomerieux, Inc | P.O. Box 500308<br>St Louis, MO 63150-0308 | | First Class Mail |
| Governmental Authority | California Dept of Health Care Services | Office of Legal Services, Subpoena Desk<br>P.O. Box 997413<br>MS 0010<br>Sacramento, CA 95899-7413 | | First Class Mail |
| 20 Largest | California Dept of Healthcare Services | Attn: Laura Rozanski<br>Overpayments Unit, Ms 4720<br>P.O. Box 997421<br>Sacramento, CA 95899-9916 | DHCSBankruptcy@dhcs.ca.gov | Email |
| Governmental Authority | California Dept of Public Health | P.O. Box 997377, MS 0500<br>Sacramento, CA 95899-7377 | | First Class Mail |
| *NOA - California Health Facilities Financing Authority | California Health Facilities Financing Authority | Attn: Matthew Francis<br>Attn: Carolyn Aboubechara<br>Attn: Bianca Smith<br>901 P St, St 313<br>Sacramento, CA 95814 | Matthew.Francis@treasurer.ca.gov<br>Carolyn.Aboubechara@treasurer.ca.gov<br>Bianca.Smith@treasurer.ca.gov | Email |
| *NOA - Counsel for California Nurses Association (CNA) Legal Department | California Nurses Association (CNA) Legal Department | Attn: Kyrsten B Skogstad<br>Attn: David B Willhoite<br>155 Grand Ave<br>Oakland, CA 94612 | kskogstad@calnurses.org<br>dwillhoite@calnurses.org | Email |
| 20 Largest | Central California Anesthesiology Solutions | 2276 Ashcroft Ave<br>Clovis, CA 93611 | | First Class Mail |
| Governmental Authority | City of Hollister, California | Attn: Mary Lerner, Lozano Smith<br>7404 N Spalding Ave<br>Fresno, CA 93720 | mlerner@lozanosmith.com | Email |
| Governmental Authority | County of San Benito, California | Attn: Barbara Thompson<br>481 4th St, 2nd Fl<br>Hollister, CA 95023 | bthompson@cosb.us | Email |
| *NOA - Counsel for San Benito County | Danning, Gill, Israel & Krasnoff, LLP | Attn: Zev Shechtman<br>Attn: Eric P Israel<br>1901 Ave of the Stars, Ste 450<br>Los Angeles, CA 90067 | zs@DanningGill.com<br>eisrael@DanningGill.com | Email |
| 20 Largest | Dept of The Treasury, Internal Revenue Service | P.O. Box 9941<br>Stop 5500<br>Ogden, UT 84409 | | First Class Mail |
| *NOA - Counsel for Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services | Douglas Johns | Assistant United States Attorney<br>150 Almaden Blvd, Ste 900<br>San Jose, CA 95113 | douglas.johns@usdoj.gov | Email |
| EDD | Employment Development Dept | Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | First Class Mail |
| 20 Largest | Focus Administrative Services, Inc | Attn: John L Ceglia<br>101 McCray St, Ste 108<br>Hollister, CA 95023 | jceglia@hazelhawkins.com | Email |
| *Debtor's Counsel | Fox Rothschild LLP | Attn: Keith Owens/Nicholas Koffroth<br>10250 Constellation Blvd, Ste 900<br>Los Angeles, CA 90067 | kowens@foxrothschild.com<br>nkoffroth@foxrothschild.com | Email |
| FTB | Franchise Tax Board | Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | First Class Mail |
| *NOA - Counsel for Aya Healthcare Inc | Gordon & Rees | Attn: Megan M Adeyemo<br>2200 Ross Ave, Ste 3700<br>Dallas, TX 75201 | madeyemo@grsm.com | Email |
| 20 Largest | Hologic Inc | 24506 Network Pl<br>Chicago, IL 60673-1245 | | First Class Mail |
| 20 Largest | Howmedica Osteonics Corp | dba Stryker Orthopaedics<br>P.O. Box 93213<br>Chicago, IL 60673 | | First Class Mail |
| IRS | Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| 20 Largest | Mckesson Medical-Surgical | P.O. Box 51020<br>Los Angeles, CA 90051-5320 | Government.CustomerService@mckesson.com<br>BKnotice@mckesson.com | Email |
| *NOA - Attorneys for Stryker Corporation | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 6000<br>Kalamazoo, MI 49007 | andersond@millercanfield.com | Email |
| *NOA – Counsel for Jerry Seelig, as Patient Care Ombudsman | Nixon Peabody LLP | Attn: Louis J Cisz, III<br>1 Embarcadero Ctr, 32nd Fl<br>San Francisco, CA 94111 | lcisz@nixonpeabody.com | Email |
| District's General Counsel | Noland, Hamerly, Etienne & Hoss, PC | Attn: Heidi A Quinn<br>333 Salinas St<br>P.O. Box 2510<br>Salinas, CA 93902 | hquinn@nheh.com | Email |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | Noridian Healthcare Solutions | Attn: Tina Deitemeyer<br>P.O. Box 6782<br>Fargo, ND 58108-6782 | tina.deitemeyer@noridian.com | Email |
| Governmental Authority | Office of the California Attorney General | 1300 "I" St<br>Sacramento, CA 95814-2919 | | First Class Mail |
| US Trustee | Office of the US Trustee | Attn: Gregory S Powell<br>Attn: Phillip J Shine<br>280 S First St, Rm 268<br>San Jose, CA 95113 | greg.powell@usdoj.gov<br>phillip.shine@usdoj.gov | Email |
| *NOA - US Trustee | Office of the US Trustee | Attn: Jared A Day<br>C Clifton Young Federal Building<br>300 Booth St, Ste 3009<br>Reno, NV 89509 | Jared.A.Day@usdoj.gov | Email |
| *NOA - US Trustee | Office of the US Trustee | Attn: Jason Blumberg<br>501 I St, Ste 7-500<br>Sacramento, CA 95814 | Jason.Blumberg@usdoj.gov | Email |
| *NOA - Counsel for California Health Facilities Financing Authority | Orrick, Herrington & Sutcliffe LLP | Attn: Jeffery D Hermann<br>355 S Grand Ave, Ste 2700<br>Los Angeles, CA 90071 | jhermann@orrick.com<br>HazelHawkinsBankruptcy@orrick.com | Email |
| 20 Largest | Park Place International, LLC | dba Cloudwave<br>8401 Chagrin Rd<br>Chagrin Fall, OH 44023 | | First Class Mail |
| 20 Largest | Pediatrix Medical Group of CA | P.O. Box 281034<br>Atlanta, GA 30384-1034 | Subsidy_Contracts@Mednax.com | Email |
| *NOA - Counsel for County of San Benito | Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan R Doolittle<br>4 Embarcadero Ctr, 22nd Fl<br>San Francisco, CA 94111-5998 | jonathan.doolittle@pillsburylaw.com | Email |
| *NOA - Counsel for County of San Benito | Pillsbury Winthrop Shaw Pittman LLP | Attn: Claire K Wu<br>725 S Figueroa St, 36th Fl<br>Los Angeles, CA 90017-5524 | claire.wu@pillsburylaw.com | Email |
| 20 Largest | Pinehurst Hospitalist Medical Group, Inc | Attn: COO<br>4535 Dressler Rd NW<br>Canton, OH 44718 | cherrye@usacs.com | Email |
| 20 Largest | Principal Custody Solutions | Attn: Gus Bilotti<br>2355 E Camelback Rd<br>Phoenix, AZ 85016 | bilotti.gus@principal.com | Email |
| *NOA - Counsel for BETA Healthcare Group Risk Management Authority | Pyle Sims Duncan & Stevenson, APC | Attn: Gerald N Sims<br>Attn: Susan C Stevenson<br>1620 Fifth Ave, Ste 400<br>San Diego, CA 92101 | jerrys@psdslaw.com<br>sstevenson@psdslaw.com | Email |
| 20 Largest | Quality Comp, Inc | c/o Monument, LLC<br>7 Great Valley Pkwy, Ste 290<br>Malvern, PA 19355 | | First Class Mail |
| *NOA - Quinn Company | Quinn Company | Attn: Sonja M. Hourany<br>10006 Rose Hills Rd<br>City of Industry, CA 90601 | sonja.hourany@quinngroup.net | Email |
| 20 Largest | Russell Dedini, Md Inc | 5725 Diamond Heights Blvd<br>San Francisco, CA 94131 | | First Class Mail |
| Governmental Authority | San Benito Local Agency Formation Commission | Attn: Darren McBain<br>2301 Technology Pkwy<br>Hollister, CA 95023 | lafco@cosb.us | Email |
| 20 Largest | Savista | 200 N Point Ctr E, Ste 200<br>Alpharetta, GA 30022 | | First Class Mail |
| Patient Care Ombudsman | Seelig & Cussigh | Attn: Jerry Seelig<br>4275 Baldwin Ave<br>Culver City, CA 90232 | jerry@thepcos.com | Email |
| *NOA - Counsel for National Union of Healthcare Workers | Siegel Lewitter Malkani | Attn: Jonathan H Siegel<br>Attn: Latika Malkani<br>Attn: Laura Herron Weber<br>1939 Harrison Street, Suite 307<br>Oakland, CA 94612 | jsiegel@sl-employmentlaw.com<br>lmalkani@sl-employmentlaw.com<br>lweber@sl-employmentlaw.com | Email |
| 20 Largest | Siemens Healthcare Diagnostics | P.O. Box 121102<br>Dallas, TX 75312-1102 | | First Class Mail |
| *NOA - Counsel to California Physicians' Service dba Blue Shield of California | Snell & Wilmer L.L.P. | Attn: Michael B. Reynolds<br>Attn: Andrew B. Still<br>600 Anton Blvd, Suite 1400<br>Costa Mesa, CA 92626-7689 | mreynolds@swlaw.com<br>astill@swlaw.com | Email |
| *NOA - Counsel for U.S. Bank Trust, National Association | Squire Patton Boggs (US) LLP | Attn: Karol K Denniston<br>475 Sansome St, 16th Fl<br>San Francisco, CA 94111 | karol.denniston@squirepb.com | Email |
| IRS | US Attorney | Civil Division<br>450 Golden Gate Ave<br>San Francisco, CA 94102-3400 | | First Class Mail |
| Governmental Authority | US Dept of Health & Human Services | General Counsel Dept of Health & Human Svcs<br>200 Independence SW<br>Washington, DC 20201 | | First Class Mail |
| Governmental Authority | US Dept of Health & Human Services | Attn: Angela M Belgrove<br>90 7th St, Ste 4-500<br>San Francisco, CA 94103-6705 | | First Class Mail |
| IRS | US Dept of Justice | Civil Trial Section Western Region<br>Box 683 Ben Franklin Station<br>Washington, DC 20044 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Siemens Financial Services, Inc | Vedder Price (CA), LLP | Attn: Mindy M Wong<br>1 Post St, Ste 2400<br>San Francisco, CA 9410 | mwong@vedderprice.com | Email |
| 20 Largest | Your Medical Group | 591 Mcray St, Ste 211<br>Hollister, CA 95023 | | First Class Mail |