Robert E. Bernosky
751 Donald Drive
Hollister California 95023

FILED
JUN 13 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

June 11, 2024

Honorable Stephen L. Johnson
United States Bankruptcy Court
280 South First Street Room 3035
San Jose, CA 95113-3099

RE: 23-50544 San Benito Healthcare District

The Honorable Stephen L. Johnson,

This letter is actually a continuation of one that I began to write in March. I regret not sending it then, but here it is. My concern is that I feel that the residents of San Benito County, those paying for Hazel Hawkins Hospital, are not represented in your courtroom, and I am asking how we can be heard.

We need to be heard. As any reasonable person could surmise, your orders for Petition for Bankruptcy and Denying Debtor's Emergency Motion for Stay Pending Appeal reflect that the elected board and their administration simply cannot be trusted.

From a resident perspective and the most recent example, I ask that you look at the documents I have enclosed. The first is an article in our most prominent media outlet. On the third page the District's Public Information is quoted as say that he believes no board member is receiving health benefits, yet a public records request response, enclosed, clearly shows all board members receiving benefits, 4 of 5 approaching $50,000 worth since the financial crisis began in October 2022. Who are we supposed to trust?

Not being an attorney and not really having the means to fund one to file briefs, I am asking you to help us find a way to be represented. My read on the community is that very few trust the existing board and administration, the vast majority want change, and there are some of us that are actually working to bring about that change, including bringing the true experts the County of San Benito has brought in to advise them (ECG Management Consulting).

I acknowledge that this is an odd request and I recognize the burden you have as the adjudicator of events in a small county that rarely has such sophisticated and complex issues as this before it. I do want to assure you that there are some equipped to help, but we need that voice in your courtroom that you can consider.

The rest of my original letter follows this page.

I and others appreciate your efforts.

Sincerely,

Robert E. Bernosky
rebernosky@icloud.com
(831) 801-5823

As a resident of San Benito County, I am very grateful for the watchful eye of the court on this case due to competency issues and I do not trust the board of the San Benito County Healthcare District (the Debtor). Since the financial crisis was disclosed, the interested community has suffered from the opposite of transparency in the records and thought process of the elected board and administration of the debtor.

By way of example, consider this extract from HHH's February 26, 2024 press release, and note the word "committed" for additional investment $50 million by Insight, one of the suitors and clearly the "flavor-of-the-month" of the debtor:

> With Insight, the proposed plan is to create a California non-profit that will purchase the assets and run HHMH so there are fewer legal and bond hurdles at the start. Insight has also committed to a purchase price of $59-$65 million all cash, which falls in line with both the FMV and provides cash to satisfy the pension obligation. Insight's LOI also committed $50 million over ten years to fund expansion of various service lines, physician hiring and retention efforts, and capital expansion. Finally, Insight is also open to creating a Citizens Advisory Board to help oversee hospital operations - a process they have done before with other hospitals.

Now compare it to the actual letter of intent received from Insight:

> i) develop and approve an annual capital expenditure budget contemplating investment in operations and capital in the sum of Fifty Million Dollars over the course of the ten- (10-) year period after the Closing.

There is a wide gap in the meaning of the words "contemplating" and "committed" and public trust is eroded when that gap is exploited. These are not distinctions without a difference. "Contemplating" could be a "weasel word" and I believe if adjudicated in a court, would negate a "commitment". The erosion of public trust is exasperated when placed in the context of the overall press release where other options were summarily dismissed:

> "During his presentation, Peil mentioned that the proposals from both the County and the SBHA still lack significant financial information needed to deem them feasible options."

I cannot speak to SBHA, but I believe that I am knowledgeable enough about what is going on with the County of San Benito and find there is no reason why the HHH administration (as the domain experts) and their ad hoc committee should not be meeting with the County and their representatives, resolving all questions and issues in the JPA proposal. That the dialog occurs is what is most important.

Finally on this topic, I find it remarkable that the HHH board is careless with its choice of words (referring to the press release/Insight), yet apparently holding the County to a narrow standard of must having every question answered. My understanding is that HHH is not really asking questions of what it does not understand about the JPA. Said differently: despite the proposal being a partnership where issues will have to be jointly addressed, HHH is saying that their questions, *including those not asked*, must be answered by the County in order for the JPA to move forward. That is not a reasonable position given what we know.

## The Minutes Issue

As a former elected official, board member of various entities, a corporate executive, an angel investor, and sometimes secretary to entities, I have never had to put minutes under close scrutiny, especially when entity-counsel is involved. However, I have found that we do have to carefully monitor the Debtor Board Meeting minutes. By way of example, the minutes to the March 23, 2023 meeting reflect the board adopting the following criteria to be used in looking at potential partners:

7. **Action Items** (The March 23 2023 Minutes)

   A. Discussion of Board Priorities Regarding Potential Affiliation and Strategic Partner Models and Provide General Direction.

   Ms. Casillas requested Board feedback of criteria Administration should focus on when looking at potential partners. Feedback included:

   - Longstanding history and experience of hospital administration in the central coast region.
   - Proven record for turning around distressed rural hospitals.
   - No track record of rapid asset liquidation.
   - Is able to secure financing and possesses sufficient capital.
   - Understands specific terms and conditions, as well as the general obligation bond and payoff.
   - Proven track record of maintaining quality of care.
   - Is able to mitigate some of the risks and liabilities while further developing assets (clinics) and expansion of care.

Yet the minutes to the July 27, 2023 meeting of the Board refer to those same minutes (note they incorrectly refer to them as "May 23, 2023"):

B. <u>SBHCD Board of Directors Ad Hoc Committee – Potential Affiliation/Strategic Partnership</u>

Director Hernandez reported on February 23, 2023, the Board received a report from Mr. Richard Peil of B. Riley Financial, on behalf of the District, regarding strategic partnership options, efforts to solicit interest in the hospital, and three scenarios that could maximize value of the District. At the May 23, 2023, Board of Directors meeting, the Board identified criteria regarding potential affiliation and strategic partnership, including:

- Longstanding history of experience of healthcare administration;
- Proven track record for maintaining quality of care;
- Ability to mitigate some of the risks and liabilities while developing assets and expansion of care;
- Able to secure financing and possesses significant capital;
- Proven record for turning around distressed rural hospitals;
- No track record of rapid asset liquidation; and
- Understands specific terms and conditions, as well as the general obligation bonds and payoffs.

And still, the minutes to the January 8, 2024 meeting, presented again at the February 22, 2024 meeting, call out those same minutes, above, but with this wording:

At the March 23, 2023, Regular Board Meeting, the Board identified its priorities, which included:
- Long standing history and experience with hospital administration;
- Proven track record of maintaining quality of care;
- Able to litigate risks and liabilities;
- Further develop clinics and expansion of care; and
- Secure financing.

There are substantial and material differences in the wording between the 3 depictions of what the Board stated only once. I do not believe the changes are not "interpretation" as you suggested last night. The public and potential suitors rely on what the Board states its intent is and policies are. The minutes to meetings are the only record of the Board.

A complaint was filed with our local District Attorney who reviewed the situation and sent a letter to the board of Debtor. This resulted in the District Attorney sending the letter shown as Exhibit A.

## Abuse of Taxpayer Funds

The Debtor recently entered into an employment agreement with the interim CEO, a person that was part of the board of directors and then the administration that put the Debtor in the financial crisis, that made her the highest paid public official in our county by far, $450,000, and included another $450,000 upon change-in-control. This is with the full knowledge that the board is actively seeking a buyer and recently established a closing of

the window of offers at April 2, 2024. As someone who has been intimately involved in this situation, the now CEO has an extremely thin resume for that salary level.

The Debtor recently commissioned a resident survey to garner the opinion on another suitor's bid that cost tens of thousands of dollars. Aside from the fact that the Debtor publicly dismissed that particular offer, clearly the survey was biased to get the outcome of being able to say, "Yes, the public wants to sell the hospital", instead of clearly describing alternatives and asking their opinion on each.

## An Uninformed Public

The biggest flaw I see in this situation is no one from HHH is explaining why a sale must occur, other than it is a difficult environment in the state of California to operate a hospital. Yet there are bidders willing to do that. The one thing that we know from a private sale is that the asset will no longer be in the public's hands or their control. A partnership with the County at worst injects additional capital, increases the expertise involved in running the hospital, and prolongs public ownership. At best, it does all of that, permanently, and we grow the hospital to meet many more healthcare needs of the community than it does today.

I believe that it is in the community and creditor's best interest to allow the bankruptcy to occur with it remaining a public entity with the greater oversight of a joint powers authority initiated by the County of San Benito. Residents have been paying for Hazel Hawkins Hospital for decades via property taxes and bond obligations, and will be forever more. I believe another bite of the apple by the public is warranted.

> "In the Report, the PCO stated that the Hospital's Leadership were engaged in addition to the usual management, community relations and clinical care tasks engaged "in the time consuming and complex effort to maintain financial support from multiple boards and funding authorities." In addition, the PCO reported that the in contrast to the PCO professionals extensive past experience as interim managers, "today the Debtor's interaction with the community is more difficult because of the power of social media and other tools, which empower a minority to use public meetings and everyday encounters in the community to promote unsupported allegations, make claims that are in ignorance of rules and regulations and offer personal insults; all of which makes more difficult the work of caregivers and leadership". Based on interviews and the information available to them, the PCO believes that Hospital leadership, although doing a competent job in

> managing these issues, they are continued to be plagued by unfounded complaints both on social media and in the community."

Sincerely,


Robert E. Bernosky
rebernosky@icloud.com
(831) 801-5823



HEALTH

# Hospital board calls last-minute special meeting on Hazel Hawkins

*A source claims the board and the hospital's executive team are steering the deal toward the Michigan-based takeover candidate.*

by **Monserrat Solis**
June 5, 2024



San Benito Health Care District. Photo by Monserrat Solis.

Privacy - Tern

*Editor's note: The San Benito Health Care District unanimously approved moving forward with Insight Health Systems during the June 5 special meeting. The vote does not approve the partnership, but directs hospital staff to continue negotiations with Insight, district's legal counsel Heidi A. Quinn said in the meeting. "Today's decision is not final," Director Devon Pack told BenitoLink. "Today's decision is an opportunity for Insight to audition and to win over the public's trust." If insight is selected by the board, voters will decide in a nov. 5 ballot measure whether to approve or deny the sale. Full story upcoming. Lea este articulo en español aquí.*

**The San Benito Health Care District Board** of Directors has called a special meeting for June 5 following a delay to approve an entity to take over management of Hazel Hawkins Memorial Hospital.

The meeting will be held at 5 p.m to consider the two remaining proposals and provide direction about a potential partner. One proposal is from Insight Health Systems, a Michigan-based 501(c)(3) nonprofit based upon universal Islamic teachings, according to its website.

The other proposal is from San Benito County, which calls for the creation of a joint powers authority to manage the hospital.

A source who asked not to be identified said Hazel Hawkins' medical staff met with Insight in advance of the special meeting.

The source, who requested anonymity because they work at Hazel Hawkins and need to protect their job, claimed that the hospital's executive team is orchestrating the deal in favor of a buyout by Insight to protect their own jobs.

"Clearly the CEO and administration are pushing for Insight," the source said, pointing out that Insight founder Dr. Jawad Shah has publicly said he would keep the hospital's current executive team. In March, Shah and two members of his executive team hosted a town hall to make their case. In the meeting, Shah said he was "fond" of the current Hazel Hawkins executives and would keep them, but would look to replace the members of the hospital's board of directors.

Hazel Hawkins' Public Information Officer Marcus Young responded: "The executive team is pushing for whatever deal will provide the best continuity of care for our community and the longest range success for the future of Hazel Hawkins." He said any claim to the contrary was "preposterous" and "fed the rumor mill."

"At no time has hospital leadership pressured the Board to go with any of the proposals," Young said. "Hospital leadership and the Board are of one mind when it comes to making a decision on the best course of action. That being to ensure that San Benito County residents continue to have access to quality, lifesaving care right here in our community today and into the foreseeable future."

The health care district board, an elected body which governs the hospital, would be disbanded in the event of a sale to Insight. According to the board's bylaws, though the directors do not receive compensation, they are "entitled to participate in District-sponsored health and life insurance by virtue of their status as Board members."

Young said he believes no board member is receiving health benefits.

At a May 20 meeting, health care district Director Jeri Hernandez was critical of the county's proposal and openly sparred with San Benito County Supervisor Kollin Kosmicki.

In January, hospital directors Hernandez and Devon Pack, along with Chief Executive Officer Mary Casillas and Vice President Amy Breen-Lema, toured two Insight facilities in Michigan and Chicago. Casillas is a former member of the hospital board and closely associated with Hernandez.

Dayne Walling, Insight public policy and government relations director, confirmed that Shah met virtually with various hospital physicians June 3.

Cecilia Montalvo, a consultant for the county, said the county met with medical staff June 4 to discuss its proposal.

Insight has experience taking over distressed hospitals. These include hospitals in Michigan, which, according to the source at Hazel Hawkins, offer only limited services. None of its hospitals in Warren, Dearborn, or Flint, Michigan, have an emergency room, while its Chicago facility is a full-service hospital.

"Insight's main facility is not a full-service hospital but rather a surgical center with neither an Emergency Room nor an ICU," the source who works at Hazel Hawkins said. "Insight has an impressive history of promising large infusions of capital–but then not delivering."

The source added that Insight promised to convert a 440-bed Chicago hospital into a "world-class facility"after its purchase in 2021, but is currently only staffed for 91 beds. According to the Illinois Hospital Report Card and Consumer Guide to Health Care, Insight's Chicago hospital has a 42% patient satisfaction rating, 25% lower than the state average.

When asked if Hazel Hawkins would remain a hospital—something community members have expressed concerns about—Insight Chief Strategy Officer Atif Bawahab told BenitoLink: "Yes, Insight is committed to continuing Hazel Hawkins in perpetuity in line with our presence in all of our communities."

*Editor's note: This article was revised on Thursday at 1:28 pm to allow Marcus Young, Hazel Hawkins' Public Information Officer, to fully respond to claims made by a Hazel Hawkins employee.*

**We need your help. Support local, nonprofit news!** BenitoLink is a nonprofit news website that reports on San Benito County. Our team is committed to this community and providing essential, accurate information to our fellow residents. It is expensive to produce local news and community support is what keeps the news flowing. Please consider **supporting BenitoLink,** San Benito County's public service, nonprofit news.

ALSO ON BENITOLINK.COM

| 3 Hollister businesses victims of burglary | Congresswoman announces ... | BL Special Report: Bankruptcy ... | Searching the Sl Hello, is anyone |
|---|---|---|---|
| 18 days ago · 1 comment | 2 months ago · 3 comments | 2 months ago · 1 comment | 7 days ago · 1 comm |
| 3 Hollister businesses victims of burglary | Congresswoman announces Community Project Funding recipients | BL Special Report: Bankruptcy protection denied hospital over $15 ... | Searching the Sky: anyone out there? |

Hazel Hawkins Memorial Hospital
Board Member - HI Contributions
10/1/22 - 6/7/24 (current)

| | EE Per Mo Premium- 10/1/22- 7/31/23 | EE Total Premium 10/1/22 - 7/31/23 | EE Per PP Premium - 8/1/23-current | EE Total Premium 8/1/23 - current | ER Per Mo HI Cost- 10/1/22- 6/7/24 | ER Total Cost HI - 10/1/22 - 6/7/24 | ER Per Mo Life Cost 10/1/22- 6/7/24 | ER Total Life 10/1/22 - 6/7/24 | ER Total Combined HI + Life Cost |
|---|---|---|---|---|---|---|---|---|---|
| Hernandez, Jerrianne | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.66 | $76.86 | $76.86 |
| Sanchez, Josie | $15.00 | $150.00 | $92.31 | $2,123.13 | $2,084.00 | $43,764.00 | $3.66 | $76.86 | $43,840.86 |
| Pack, Devon | $15.00 | $90.00 | $92.31 | $2,123.13 | $2,132.29 | $36,248.93 | $3.66 | $62.22 | $36,311.15 |
| Johnson, William | $90.00 | $900.00 | $138.46 | $3,184.58 | $2,375.84 | $49,892.64 | $3.66 | $76.86 | $49,969.50 |
| Shelton, Richard | $90.00 | $900.00 | $138.46 | $3,184.58 | $2,375.84 | $49,892.64 | $3.66 | $76.86 | $49,969.50 |

*Note: 2024 HI total cost not available - estimated

Case: 23-50544    Doc#: 250    Filed: 06/13/24    Entered: 06/13/24 13:14:08    Page 12 of 15

Hazel Hawkins Memorial Hospital
Board Member - HI Contributions
10/1/22 - 6/7/24 (current)

| | EE Per Mo Premium- 10/1/22-7/31/23 | EE Total Premium 10/1/22 - 7/31/23 | EE Per PP Premium - 8/1/23-current | EE Total Premium 8/1/23 - current | ER Per Mo HI Cost- 10/1/22-6/7/24 | ER Total Cost HI - 10/1/22 - 6/7/24 | ER Per Mo Life Cost 10/1/22- 6/7/24 | ER Total Life 10/1/22 - 6/7/24 | ER Total Combined HI + Life Cost |
|---|---|---|---|---|---|---|---|---|---|
| Hernandez, Jerrianne | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.66 | $76.86 | $76.86 |
| Sanchez, Josie | $15.00 | $150.00 | $92.31 | $2,123.13 | $2,084.00 | $43,764.00 | $3.66 | $76.86 | $43,840.86 |
| Park, Devon | $15.00 | $90.00 | $92.31 | $2,123.13 | $2,132.29 | $36,248.93 | $3.66 | $62.22 | $36,311.15 |
| Johnson, William | $90.00 | $900.00 | $138.46 | $3,184.58 | $2,375.84 | $49,892.64 | $3.66 | $76.86 | $49,969.50 |
| Shelton, Richard | $90.00 | $900.00 | $138.46 | $3,184.58 | $2,375.84 | $49,892.64 | $3.66 | $76.86 | $49,969.50 |

*Note: 2024 HI total cost not available - estimated

Case: 23-50544    Doc#: 250    Filed: 06/13/24    Entered: 06/13/24 13:14:08    Page 13 of 15

| Month/Year | Board Member Name | Participation in Health Insurance (Yes/No) | Participation in Life Insurance (Yes/No) | Value of Health Insurance Benefits | Value of Life Insurance Benefits |
|---|---|---|---|---|---|
| Oct-22 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Oct-22 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Oct-22 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Oct-22 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Nov-22 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Nov-22 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Nov-22 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Nov-22 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Dec-22 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Dec-22 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Dec-22 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Dec-22 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Jan-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Jan-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Jan-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Jan-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Feb-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Feb-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Feb-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Feb-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Feb-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Mar-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Mar-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Mar-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Mar-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Mar-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Apr-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Apr-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Apr-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Apr-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Apr-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| May-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| May-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| May-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| May-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| May-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Jun-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Jun-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Jun-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Jun-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Jun-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Jul-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Jul-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Jul-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Jul-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Jul-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Aug-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Aug-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Aug-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Aug-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Aug-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Sep-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Sep-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Sep-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Sep-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Sep-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |

| Month | Name | Col3 | Col4 | Amount | Fee |
|---|---|---|---|---|---|
| Oct-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Oct-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Oct-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Oct-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Oct-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Nov-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Nov-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Nov-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Nov-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Nov-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Dec-23 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Dec-23 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Dec-23 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Dec-23 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Dec-23 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Jan-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Jan-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Jan-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Jan-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Jan-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Feb-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Feb-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Feb-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Feb-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Feb-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Mar-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Mar-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Mar-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Mar-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Mar-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Apr-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Apr-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Apr-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Apr-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Apr-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| May-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| May-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| May-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| May-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| May-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |
| Jun-24 | Hernandez, Jerrianne | No | Yes | N/A | $3.66 |
| Jun-24 | Sanchez, Josie | Yes | Yes | $2,084.00 | $3.66 |
| Jun-24 | Pack, Devon | Yes | Yes | $2,132.29 | $3.66 |
| Jun-24 | Johnson, William | Yes | Yes | $2,375.84 | $3.66 |
| Jun-24 | Shelton, Richard | Yes | Yes | $2,375.84 | $3.66 |